```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 18175
     STEPHANIE VALENTINE LEE
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

             Debtor
     SSN XXX-XX-3081


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 10/04/2007 and was confirmed 12/10/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors   10.00%.

      The case was dismissed after confirmation 09/08/2008.
------------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                                 PAID             PAID
------------------------------------------------------------------------------
 ILLINOIS DEPT OF REVENUE PRIORITY          NOT FILED              .00              .00
 ASSET ACCEPTANCE LLC     UNSECURED            259.52              .00              .00
 AT&T LOAN TRADE          UNSECURED          NOT FILED             .00              .00
 BALLYS TOTAL FITNESS     UNSECURED          NOT FILED             .00              .00
 AT&T                     UNSECURED          NOT FILED             .00              .00
 CITY OF CHICAGO PARKING  FILED LATE              .00              .00              .00
 COMMONWEALTH EDISON      UNSECURED            199.45              .00              .00
 MCI COMMUNICATIONS       UNSECURED          NOT FILED             .00              .00
 WOMENS WORKOUT WORLD     UNSECURED          NOT FILED             .00              .00
 EVERGREEN EMERGENCY SERV UNSECURED          NOT FILED             .00              .00
 EVERGREEN EMERGENCY SERV UNSECURED          NOT FILED             .00              .00
 EVERGREEN EMERGENCY SERV UNSECURED          NOT FILED             .00              .00
 ASPIRE                   UNSECURED          NOT FILED             .00              .00
 CHRIST MEDICAL CENTER    UNSECURED          NOT FILED             .00              .00
 NATIONWIDE CASSEL LLC    UNSECURED           1240.72              .00              .00
 PEOPLES GAS LIGHT & COKE UNSECURED            347.08              .00              .00
 RJM AQUISITIONS FUNDING  UNSECURED          NOT FILED             .00              .00
 JEFFERSON CAPITAL SYSTEM UNSECURED            183.50              .00              .00
 SPRINT                   UNSECURED          NOT FILED             .00              .00
 US DEPT OF EDUCATION     UNSECURED          NOT FILED             .00              .00
 COMCAST CABLE            UNSECURED          NOT FILED             .00              .00
 ERNESTO D BORGES JR      DEBTOR ATTY        3,300.00                           739.20
 TOM VAUGHN               TRUSTEE                                                60.80
 DEBTOR REFUND            REFUND                                                200.00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
 TRUSTEE                           1,000.00

 PRIORITY                                                  .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 18175 STEPHANIE VALENTINE LEE
```

```
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                    739.20
TRUSTEE COMPENSATION                                               60.80
DEBTOR REFUND                                                     200.00
                                 ----------------      ----------------
TOTALS                                   1,000.00              1,000.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 12/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE